1  THE MARTIN LAW FIRM, P.L.L.C.
   6723 Whittier Ave., Suite 207
2  McLean, Virginia, 22101

3  Kenneth A. Martin

4  Attorneys for Relator
   Austin Sallade
5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8                                          )
   United States of America *ex rel.*      )   No. CV 05-0604 PHX NVW
9  W. Austin Sallade                       )
                                           )   **RELATOR'S MOTION TO**
10                       Plaintiff,        )   **VOLUNTARILY DISMISS THE**
                                           )   **CASE PURSUANT**
11         vs.                             )   **TO FEDERA RULE CIVIL**
                                           )   **PROCEDURE 41(a)(2)**
12 Orbital Sciences Corporation,           )
                                           )
13                       Defendant.        )
                                           )
14                                         )
                                           )
15                                         )
                                           )
16                                         )

17        Relator, Austin Sallade ("Sallade" or "Relator"), pursuant to Rule 41 (a) (2) moves the

18 Court to dismiss the case. Under 31 USC 3730(b)(1), "[t]he action may be dismissed only if

19 the court and the Attorney General give written consent to the dismissal and their reasons for

20 consenting. Relator files its Memorandum of Points and Authorities in support of the Motion,

21

22 but states here that a primary reason for the voluntary dismissal is Relator is without sufficient

23 resources to continue the case.

                                        1

WHEREFORE, the Relator respectfully asks that the Court dismiss the case.

RESPECTFULLY SUBMITTED this 13th day of June 2008.

                                            THE MARTIN LAW FIRM, P.L.L.C.

                                                /s/ Kenneth A. Martin
                                      _____
                                        Kenneth A. Martin
                                        THE MARTIN LAW FIRM, P.L.L.C.
                                        6723 Whittier Ave., Suite 200
                                        McLean, Va. 22101

                                        Attorney for Relator
                                          Austin Sallade

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I served the attached document by email and U. S. Mail on the following:

Arnold M. Auerhan
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Mark Wenker
United States Attorney's Office
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Attorney for Plaintiff United States of America

STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

Lawrence Allen Katz
Peter S. Kozinets

:

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, D.C.  20006

Michael G. Scheininger

/s/ Kenneth A. Martin

3