**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| W. Austin Sallade,<br><br>          Plaintiff(s),<br><br>vs.<br><br>Orbital Sciences Corporation,<br><br>          Defendant(s). | No. CV 05-604-PHX- NVW<br><br>**ORDER** |

The court has considered Relator's Motion to Voluntarily Dismiss (doc. # 66, 67, and 68) and the Defendant's and the Government's responses (doc. # 71 and 72) consenting to the dismissal.

IT IS THEREFORE ORDERED that Relator's Motion to Voluntarily Dismiss (doc. # 66, 67, and 68) is granted.

IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action with prejudice. The Clerk shall terminate this action.

DATED this 27th day of June, 2008.

Neil V. Wake
United States District Judge