IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| W. Austin Sallade | ) | |
| | ) | CIV 05-604-PHX-NVW |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| Orbital Sciences Corporation | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| | ) | |
| Defendant | ) | |

This action having come before the Court, the issues having been considered, and a decision having been rendered, **IT IS HEREBY ORDERED** pursuant to the Court's order filed this date, this action is hereby dismissed with prejudice.

DATED this 27th day of June 2008, at Phoenix, AZ

RICHARD H. WEARE
District Court Executive/Clerk of Court

By  s/Tammy Johnson
Deputy Clerk